FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

July 30, 2025

Christopher M. Wolpert  
Clerk of Court

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

JASON ROBERT HOPSON,

   Defendant - Appellant.

No. 23-5056  
(D.C. No. 4:22-CR-00081-GKF-3)  
(N.D. Okla.)

---

**JUDGMENT**

---

Before **MATHESON**, **EID**, and **ROSSMAN**, Circuit Judges.

---

This case originated in the Northern District of Oklahoma and was argued by counsel.

The judgment of that court is vacated. The case is remanded to the United States District Court for the Northern District of Oklahoma for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk